# LAW OFFICES
# ERIC MICHAEL PASINKOFF

ERIC MICHAEL PASINKOFF

GILBERT M. GOLDMAN
OF COUNSEL

260 MADISON AVENUE, 22ND FLOOR
NEW YORK, NEW YORK 10016
TELEPHONE (212) 332-3334
FACSIMILE (212) 486-7064
EMAIL EPASINKOFF@PASINKOFFLAW.COM

July 30, 2010

**VIA ECF**

Hon. Steven M. Gold, Esq.
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Kozick, et. al. v. Whitestone Construction Corp., et. al.
    Docket No.: 07 – CV – 4095 (FB) (SMG)

Dear Magistrate Judge Gold

I represent Defendant Citywide Environmental Services LLC ("Citywide"), one of the defendants in the above captioned matter.

This letter will serve as an updated status report with respect to Plaintiff, Sochan and Defendant, Citywide"s settlement discussions.

In view of Mr. Eiseman's correspondence of July 27, 2010 to the effect that the Whitestone defendants expect to receive a final report from their expert within the next two (2) weeks, I expect that at such time as the Whitestone defendants expert's report is available, Citywide too will be able to better evaluate Mr. Sochan's claims and come up with a settlement position and number to present.

We will pursue settlement discussions as soon thereafter as possible.

Very truly yours,

Eric Michael Pasinkoff, Esq.

EMP:mm

cc: Robert Wisniewski, Esq.