**ROBERT WISNIEWSKI P.C.**
ATTORNEYS-AT-LAW

225 BROADWAY, SUITE 1020 • NEW YORK, NY 10007
TEL: (212) 267-2101 • FAX: (212) 587-8115
WEBSITE: www.rwapc.com

June 3, 2011

Hon. Steven M. Gold, USMJ
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
    *VIA ECF*

    **Re.: Kozik et. al. v. Whitestone Construction Corp., Inc. et. al.**
    **Docket No.: 07-cv- 4095 (FB)(SMG)**

Dear Judge Gold,

    I represent Plaintiffs in the above-captioned matter. This is a joint letter to advise the Court of the status of Plaintiffs and the Whitestone Defendants' settlement discussions. Plaintiffs circulated a draft settlement agreement to Whitestone Defendants' counsel on June 1. Whitestone Defendants' counsel has performed a preliminary review of the text of the agreement, has provided comments and is currently reviewing the agreement with his clients and their accountant.

    Although I have been forced to travel to Poland on an emergency basis because of the health of my elderly mother, I will return to the United States on June 13, 2011 and the parties expect to have a completed text of the agreement by June 17, 2011 They will submit a stipulation of dismissal with prejudice by no later than June 24, 2011.

    Thank you for your attention to the above.

    Respectfully submitted,

    -------------/s/----------------------
    Robert Wisniewski (RW-5308)